Joliet National Bank of Joliet, Illinois, administrator of the estate of Fred N. Ashamy, deceased, defendant in error, v. R. B. Farber Company, plaintiff in error. Gen. No. 35,351.

Wilson, J., dissenting. Opinion filed June 15, 1932.

John A. Bloomingston, for plaintiff in error. Joseph D. Ryan and Edmund M. Sinnott, for defendant in error.

Mr. Justice Friend delivered the opinion of the court.